PETER KOLOGY, an Infant, by His Father and Guardian JOSEPH KOLOGY, et al., Appellants, v. MAPLEWOOD HOMES, INC., Respondent.—

Rabin, P. J., Shapiro, Christ and Benjamin, JJ., concur.